R. A. KING V. THE STATE.

No. 22542.   Delivered June 9, 1943.
Rehearing Denied October 13, 1943.

The opinion states the case.

*J. M. Parker*, of Gorman, for appellant.

*Spurgeon E. Bell*, State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for possessing for the purpose of sale whisky in Eastland County, a dry area, punishment, a fine of $325.00.

No bills of exception or statement of facts are in the record. The jurisdiction of the County Court was not challenged at the time of trial, and we find no brief presenting the question in this case. The point was raised by brief in No. 22,541 against the same appellant. (Page 273 of this volume). For the reasons set forth in the opinion in that case the judgment here is affirmed.

ON MOTION FOR REHEARING.

DAVIDSON, Judge.

The appellant's motion for rehearing is overruled, for the reasons set forth in the opinion on motion for rehearing in King v. State, No. 22,541, this day decided. (Page 273 of this volume).

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.